**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**James LEVELS, Defendant—Appellant.**

**No. 03–10082.**
**D.C. No. CR–99–40253–SBA.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided Aug. 1, 2003.

Before BROWNING, LEAVY and HAWKINS, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

James Levels appeals his revocation of supervised release and his resulting six-month sentence. He originally pleaded guilty to conspiracy to commit bank fraud, in violation of 18 U.S.C. § 371. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Levels' counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.